IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 28 AM 6:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                    CR. NO. 05-20277-D

GENO BONDS,

    Defendant.

## ORDER DISMISSING INDICTMENT

Upon the motion of the United States and defendant Geno Bonds, and for good cause shown, the indictment in this case is hereby **DISMISSED** without prejudice.

**SO ORDERED** this 28 day of November, 2005, at Memphis, Tennessee.

_____
Honorable Bernice B. Donald
United States District Judge

APPROVED:

_____
Joseph C. Murphy, Jr.
Assistant United States Attorney


_____
April R. Goode
Assistant Federal Defender

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Bernice Donald
US DISTRICT COURT