IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
__WESTERN__ DIVISION

FILED BY _Cg_ D.C.
05 DEC 22 PM 1: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
 MEMPHIS

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.

GENO BONDS_____,

　　Defendant.

Case No. __05-20277__

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

This matter comes before the Court on a motion for refund of the cash appearance bond. It now appears that the defendant has complied with the requirements of said bond and orders of this Court.

IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled and discharged; and, the Clerk is directed to issue a check on the Registry in the sum of $ _100_ , payable to __Antronis Bradford__ at __560 Lipford, Memphis, TN 38112__

　　　　　(Name)　　　　　　　　　　　　　　　　(Address)

in full refund of the cash appearance bond posted herein.

　　　　　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Approved.
Thomas M. Gould, Clerk of Court

BY: _[signature]_
　　Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 62 in case 2:05-CR-20277 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Michael G. Floyd
Law Office of Michael G. Floyd
2129 Winchester Rd.
Memphis, TN 38116

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT